NUMBER 13-05-373-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

________________________________________________________

 

CITY OF BROWNSVILLE, TEXAS,                                Appellant,

 

                                           v.

 

HILDA
MARTINEZ AND FRANCES RAMIREZ,                 Appellees.

_________________________________________________________

 

                  On appeal from the 404th
District Court

                          of Cameron
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, CITY
OF BROWNSVILLE, TEXAS, perfected an appeal from an order entered by the 404th District Court of Cameron County, Texas, in
cause number 2003-12-6022-G. 
After the record and appellant=s brief were filed,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that all claims in this case have been
compromised and settled.  Appellant
requests that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 13th day of October,
2005.